TIMOTHY COURCHAINE
United States Attorney
District of Arizona
ROSS ARELLANO EDWARDS
Assistant U.S. Attorney
Arizona State Bar No. 033439
40 N. Central Avenue, #1800
Phoenix, Arizona 85004
Telephone: (602)514-7500
Email: ross.arellano.edwards@usdoj.gov
Attorneys for Plaintiff

FILED    Jun 13 2025
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-25-00889-PHX-ASB |
| --- | --- |
| Plaintiff, | 25-1605MJ |
| v. | **INFORMATION** |
| Eunice Janeth Rodriguez, | VIO: 8 U.S.C. §§ 1324(a)(1)(A)(ii) and (a)(1)(B)(i) |
| Defendant. | (Transportation of an Illegal Alien for Profit) Count 1 |
| | 18 U.S.C. § 371 (Conspiracy to Commit an Offense Against the United States, Namely, Bringing an Illegal Alien to the United States) Count 2 |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

**COUNT 1**

On or about May 20, 2025, in the District of Arizona, the defendant, EUNICE JANETH RODRIGUEZ, knowing and in reckless disregard of the fact that a certain alien, Estefania Margarita Felix-Granados, had come to, entered, and remained in the United States in violation of law, did knowingly transport and move said alien within the United States by means of transportation and otherwise in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (a)(1)(B)(i).

**COUNT 2**

Beginning on an unknown date and continuing up to and including May 20, 2025, in the District of Arizona and elsewhere, defendant EUNICE JANETH RODRIGUEZ did knowingly and willfully conspire and agree with others known and unknown, to commit a crime against the United States, namely, Bringing an Illegal Alien to the United States in violation of Title 8, United States Code, Section 1324(a)(2)(A).

In furtherance of said conspiracy and to effect and accomplish the objects thereof, the following overt acts, among others, were committed in the District of Arizona and elsewhere:

1. On or before May 20, 2025, unknown co-conspirators in Mexico brought Estefania Margarita Felix-Granados to the Mexican border with the United States, with the purpose that Estefania Margarita Felix-Granados would enter the United States, knowing and in reckless disregard of the fact that Estefania Margarita Felix-Granados did not have prior official authorization to come to, enter, and reside in the United States; and

2. On or about May 20, 2025, defendant EUNICE JANETH RODRIGUEZ transported Estefania Margarita Felix-Granados in a vehicle within the District of Arizona to facilitate Estefania Margarita Felix-Granados' illegal entry into the United States.

All in violation of Title 18, United States Code, Section 371.

Dated this 30th day of May, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*Ross Arellano Edwards*
ROSS ARELLANO EDWARDS
Assistant U.S. Attorney